# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3979

_____

Timothy Carmine Muccilli,                     *
                                              *
              Appellant,                       *
                                              *    Appeal from the United States
       v.                                      *    District Court for the
                                              *    District of Minnesota.
Joel Bos; Norman J. Loren; Mark                *
Mansavage; John K. Carlson,                    *    [UNPUBLISHED]
                                              *
              Appellees.                       *

_____

Submitted: October 31, 2006
Filed: November 2, 2006

_____

Before MURPHY, BYE, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Timothy Muccilli appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 lawsuit. Having conducted de novo review, we conclude that summary judgment was proper. See Lee v. Spellings, 447 F.3d 1087, 1088-89 (8th Cir. 2006) (grant of summary judgment may be affirmed on any basis

_____

[1]The Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

supported by record); <u>Lommen v. City of East Grand Forks</u>, 97 F.3d 272, 274 (8th Cir. 1996) (standard of review).  Accordingly, we affirm.

_____